

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00139-CV

Richard **WALKER**,
Appellant

v.

**SKYVUE APARTMENTS**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2021CV04545
Honorable J. Frank Davis, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
VALENZUELA

In accordance with this court's memorandum opinion of this date, this appeal is
DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a)(1) (allowing
appellate courts to dismiss an appeal for want of prosecution when an appellant fails to timely file
a brief); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an
appellant fails to comply with a court order). No costs are assessed against appellant because he is
entitled to appeal without costs. *See* TEX. R. APP. P. 20.1.

Appellee's motion to dismiss this appeal is DENIED AS MOOT.

SIGNED December 7, 2022.

Liza A. Rodriguez, Justice